IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BAHRAM KHOSHNOOD,<br><br>    Plaintiff,<br><br>    v.<br><br>GAME WARNING SYSTEMS, INC.,<br><br>    Defendant. | CIVIL ACTION FILE<br><br>NO. 2:11-cv-00308-RWS |

**PLAINTIFF'S ANSWER TO DEFENDANT'S COUNTERCLAIMS**

Pursuant to Rule 12 of the Federal Rules of Civil Procedure, Plaintiff Bahram Khoshnood ("Khoshnood"), hereby states his answer in reply to the counterclaims asserted by Defendant Game Warning Systems, Inc. ("GWS" or "Defendant") [D10 at pp. 9-11]. Khoshnood incorporates by reference the allegations set forth in its original Complaint [D1] as if set forth verbatim herein.

Khoshnood responds to the numbered paragraphs of Defendant's counterclaims as follows:

    1.    Khoshnood admits that on August 5, 2003, United States Patent No. 6,601,308, entitled "AMBIENT LIGHT COLLECTING BOW SIGHT" ("the '308 Patent"), issued to Plaintiff, and that on June 12, 2007, a reissue certificate issued

on the '308 Patent bearing patent number US RE39,686 ("the '686 Patent"). Except as thus stated, the allegations contained in this paragraph are denied.

2. Denied.

3. Denied.

4. Denied.

5. Paragraph 5 merely states Defendant's denial of Khoshnood's infringement claim, and does not require a response from Khoshnood. To the extent a response is required, Khoshnood reasserts his allegations of patent infringement against Defendant, and denies any assertion to the contrary.

## FIRST COUNTERCLAIM

6. Khoshnood incorporates his responses to the foregoing paragraphs as if set forth verbatim herein.

7. Denied.

## SECOND COUNTERCLAIM

8. Khoshnood incorporates his responses to the foregoing paragraphs as if set forth verbatim herein.

9. Denied.

10. Denied.

11. Denied.

12. Khoshnood denies each and every other allegation of Plaintiff's counterclaims not specifically admitted herein.

WHEREFORE, Khoshnood respectfully requests:

A. That the Court dismiss Defendant's counterclaims with prejudice, that Defendant take nothing, and that all costs be cast against Defendant;

B. That the Court find that this is an exceptional case under 35 U.S.C. § 285 and award Khoshnood its costs of this action, including its reasonable attorney fees; and:

C. That the Court award to Khoshnood such other relief as is just and proper.

## DEMAND FOR A JURY TRIAL

Khoshnood demands a trial by jury of all issues so triable.

Respectfully submitted, this 3rd day of February, 2012.

KENT LAW, P.C.

s/*Daniel A. Kent*
Daniel A. Kent
Georgia Bar Number 415110
555 N Point Ctr E Ste 400
Alpharetta, GA 30022
dan@kentiplit.com
Tel:  (404) 585-4214
Fax:  (404) 829-2412

Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

I certify that I filed the foregoing document with the Court via ECF, which will automatically send electronic notification of such filing to all counsel of record.

This 3rd day of February, 2012.

        KENT LAW, P.C.

        s/*Daniel A. Kent*
        Daniel A. Kent
        Georgia Bar Number 415110
        dan@kentiplit.com
        555 N Point Ctr E Ste 400
        Alpharetta, GA 30022
        Tel:  (404) 585-4214
        Fax:  (404) 829-2412

        Counsel for Plaintiff